1
2
3
4
5

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNIE MATHIS, | 1:12-cv-329-LJO-MJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING PLAINTIFF'S MOTIONS FOR INJUNCTIVE RELIEF |
| v. | |
| J. CHOKATOS, M.D., et al., | (ECF No. 112) |
| Defendants. | |

_____/

Plaintiff Bennie Mathis ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 21, 2012, the Magistrate Judge filed a Findings and Recommendations recommending that Plaintiff's motions for injunctive relief be denied. (ECF No. 12.) Plaintiff has filed objections to the Findings and Recommendations. (ECF No. 14.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 21, 2012, are adopted in full; and

2. Plaintiff's motions for injunctive relief (ECF Nos. 9 & 10) are DENIED.

IT IS SO ORDERED.

**Dated:   November 9, 2012**                      /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE