# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNIE MATHIS, | 1:12-cv-329-LJO-MJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF |
| v. | |
| J. CHOKATOS, et al., | (ECF No. 19) |
| Defendants. | |

_____/

Plaintiff Bennie Mathis ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 19, 2012, the Magistrate Judge filed a Findings and Recommendations recommending that Plaintiff's motion for injunctive relief be denied. (ECF No. 19.) Plaintiff has failed to file objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 27, 2012, are adopted in full; and

2. Plaintiff's motion for injunctive relief (ECF No. 15) is denied without prejudice.

IT IS SO ORDERED.

Dated: **February 13, 2013**     **/s/  Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE